Allan J. FAVISH;, Plaintiff—Appellant,

Sheila Foster Anthony, et al., Intervenors—Appellees,

v.

**OFFICE OF INDEPENDENT COUNSEL, Defendant— Appellee.**

Allan J. Favish;, Plaintiff—Appellee,

Sheila Foster ANTHONY, et al., Intervenors—Appellants,

v.

Office of Independent Counsel, Defendant.

Allan J. Favish, Plaintiff—Appellee,

v.

Office of Independent Counsel, Defendant—Appellant,

and

Sheila Foster Anthony, et al., Defendant–Intervenors.

Nos. 01–55487, 01–55788, 01–55789. D.C. Nos. CV–97–01479–WDK, CV–97–01479–WDK–05.

United States Court of Appeals, Ninth Circuit.

of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Submitted May 20, 2002.*

Decided June 6, 2002.

Before PREGERSON, NOONAN, and O'SCANNLAIN, Circuit Judges.

ORDER **

The order of the district court of January 11, 2001 is AFFIRMED, except that photo 3–VF's body looking down from top of berm is to be withheld.

PREGERSON, Circuit Judge, dissenting.

I continue to maintain that the record before the district court before remand was "sufficiently detailed for the district court to resolve the issues in this case" without an in camera review of the ten photographs at issue. *Favish v. OIC,* 217 F.3d 1168, 1186 (9th Cir.2000). Nevertheless, having personally viewed the ten photographs, I adhere to my prior conclusion that only the photograph of Foster's right hand clutching the gun should be released because "[t]he public's interest in disclosure of the remaining nine, never-before-released post-mortem Polaroid photographs does not outweigh the privacy interests of Vincent Foster's surviving family in their nondisclosure." *Id.*

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.